

**FILED**

AUG 0 8 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| RICHARD D. HINMAN,<br><br>     Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>     Respondents. | CV 13-46-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation[1] on July 8, 2013. Petitioner filed objections on July 15, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 6.

[2] Document No. 7.

Petitioner has also filed two Notices of Appeal.[3]  Generally, the filing of a

notice of appeal divests a district court of jurisdiction over those aspects of the

case involved in the appeal.  *Griggs v. Provident Consumer Discount Co.*, 459

U.S. 56, 58 (1982) (per curiam). "This transfer of jurisdiction . . . is not effected,

however, if a litigant files a notice of appeal from an unappealable order." *Estate*

*of Conners by Meredith v. O'Connor*, 6 F.3d 656, 658 (9th Cir. 1993); *Brown v.*

*United States Postal Serv.*, 860 F.2d 884, 886 (9th Cir. 1988); *Ruby v. Sec'y of the*

*Navy*, 365 F.2d 385, 389 (9th Cir. 1966) (en banc).  No finality attaches to Judge

Ostby's Findings and Recommendation unless and until they are adopted by this

Court.  Accordingly, the Notices of Appeal will be disregarded as premature, and

this Court will proceed as if they had not been filed.

Upon *de novo* review of the record, I find no error in Magistrate Judge

Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1.     The Petition[4] is DISMISSED as an authorized second petition under

28 U.S.C. § 2244(b).

2.     A certificate of appealability is DENIED.

---

[3]Document Nos. 8 & 9.

[4] Document No. 1.

-2-

3.    The Clerk is directed to enter judgment accordingly.

DATED this ___8ᵗʰ___ day of August, 2013.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge